IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PASTOR JOSE PINEDA, DORA PINEDA, ESDRAS PINEDA, INDIVIDUALLY AND ON BEHALF OF HIS MINOR CHILDREN GABRIELLA PINEDA AND GENESIS PINEDA, ESTRELLA JACQUELINE PINEDA, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD JASON PINEDA, | § § § § § § § § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 3:24-CV-01656-S |
| vs. | § § § | |
| CITY OF GARLAND, GARLAND POLICE OFFICERS DOES 1 through 50, | § § § § § | |
| *Defendants*. | § | |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Pastor Jose Pineda , Dora Pineda and Esdras Pineda on behalf of his Minor Children Gabriella Pineda & Genesis Pineda and Estrella Jacqueline Pineda on behalf of her Minor Child Jason Pineda hereby gives notice that this action is voluntarily dismissed. Defendant City of Garland and Garland Police Officers DOES 1 through 50 have not served an answer or motion for summary judgment in this action. Accordingly, the Plaintiffs notices voluntary dismissal of this action, with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: July 26, 2024

Respectfully submitted,

**Robinius, Espinosa & Wietzel, LLC**

**By:** _____

**Mark Robinius**
**Texas State Bar No. 24025865**
**6060 North Central Expressway**
**Suite 212**
**Dallas, Texas 75206**
**Office: 972-487-3785**
**Fax: 972-205-9421**
**Email: RSHlawfirmllp@gmail.com**
**ATTORNEYS FOR**
**PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 26, 2024, I electronically submitted the foregoing document with the clerk of the United States District Court for the Northern District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

                                /s/ Mark Robinius
                                Mark Robinius